**PEARSON CANDY COMPANY, Petitioner, Respondent,**

v.

**Johannes K. HUYEN, Director St. Paul Department of Human Rights, ex rel. Deborah E. KANAR, Appellant.**

No. C6–85–295.

Supreme Court of Minnesota.

Jan. 24, 1986.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Johannes K. Huyen, Director, St. Paul Department of Human Rights, for further review be, and the same is, granted

for the limited purpose of remanding the matter to the Court of Appeals for its reconsideration of the record as a whole with respect to the proper standard of review contained in 1965 Minn. Laws, ch. 866, section 1 as amended by 1983 Minn. Laws, ch. 30, section 1.